Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

Patrick R. Morris, Esq.
(admitted pro hac vice)
MORRIS LEGAL CORP.
1441 Broadway, 3rd Floor
Telephone: (646) 692-4012
Facsimile:  (929) 296 -7680
prm@patrickmorrislaw.com

*Attorneys for Immunotech Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIMITAR SAVOV,<br><br>Plaintiff,<br><br>v.<br><br>IMMUNOTECH LABORATORIES, INC.,<br><br>Defendants. | Case No. 2:22-cv-00401-GMN-DJA<br><br>**NOTICE OF DISASSOCIATION AND MOTION TO WITHDRAW** |

Maria A. Gall, Esq. of the law firm Ballard Spahr LLP notifies all parties, their counsel, and the court that effective on Friday, July 8, 2022, she will no longer be associated with Ballard Spahr LLP, and thus asks the court to allow her to withdraw as Immunotech Laboratories, Inc.'s counsel of record and to remove her from the ECF service and notification list.  Joel E. Tasca, Esq. of Ballard Spahr LLP and Patrick R. Morris, Esq. or Morris Legal Corp. remain Immunotech Laboratories, Inc.'s counsel of record.

///

Dated: July 5, 2022

                                                BALLARD SPAHR LLP

                                                By: /s/ Maria A. Gall
                                                    Joel E. Tasca, Esq.
                                                    Nevada Bar No. 14124
                                                    Maria A. Gall, Esq.
                                                    Nevada Bar No. 14200
                                                    1980 Festival Plaza Drive, Suite 900
                                                    Las Vegas, Nevada 89135

                                                   -with-

                                                   Patrick R. Morris, Esq.
                                                   (admitted pro hac vice)
                                                   Morris Legal Corp.
                                                   New York Bar No. 5575501
                                                   1441 Broadway, 3rd Floor
                                                   New York, New York 10013

*Attorneys for Immunotech Laboratories, Inc.*

**IT IS SO ORDERED.**

Dated: July 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION AND MOTION TO WITHDRAW** was served electronically on the following parties:

Dimitar Savov
61 Nishava str. ent. A, Fl. 3 apt. 6
Sofia 1680
Bulgaria
Email: dimitar.savov@ymail.com

/s/  Adam Crawford
An employee of BALLARD SPAHR LLP