Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com

Patrick R. Morris, Esq.
(admitted pro hac vice)
MORRIS LEGAL CORP.
1441 Broadway, 3rd Floor
Telephone: (646) 692-4012
Facsimile:  (929) 296 -7680
prm@patrickmorrislaw.com

*Attorneys for Immunotech Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIMITAR SAVOV,<br><br>Plaintiff,<br><br>v.<br><br>IMMUNOTECH LABORATORIES, INC.,<br><br>Defendants. | Case No. 2:22-cv-00401-GMN-DJA<br><br>**MOTION TO SUBSTITUTE RESIDENT COUNSEL** |

On May 9, 2022, the court granted Patrick R. Morris's Verified Petition for Permission to Practice in this Case Only (ECF No. 16 & 17) as counsel for Defendant Immunotech Laboratories, Inc.  In Mr. Morris's verified petition, Immunotech designated Maria A. Gall, Esq. as its Nevada resident counsel.  Effective on Friday, July 8, 2022, Ms. Gall is disassociating from Ballard Spahr LLP and withdrawing as counsel of record in this case.  Accordingly, Immunotech now designates Joel E. Tasca, Esq. as its new resident counsel in this action and asks the Court to approve the substituted designation.

Dated: July 5, 2022

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Maria A. Gall, Esq.
    Nevada Bar No. 14200
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

-with-

Patrick R. Morris, Esq.
(admitted pro hac vice)
Morris Legal Corp.
New York Bar No. 5575501
1441 Broadway, 3rd Floor
New York, New York 10013

*Attorneys for Immunotech Laboratories, Inc.*

**IT IS SO ORDERED.**

Dated: July 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

I certify that on July 5, 2022, a true and correct copy of the foregoing **MOTION TO SUBSTITUTE RESIDENT COUNSEL** was served electronically on the following parties:

Dimitar Savov
61 Nishava str. ent. A, Fl. 3 apt. 6
Sofia 1680
Bulgaria
Email: dimitar.savov@ymail.com

      /s/  Adam Crawford
An employee of BALLARD SPAHR LLP