Dimitar Slavchev Savov
61 Nishava str., ent. A, fl. 3, apt. 6
Sofia 1680, Bulgaria
+359 88 99 88 313
dimitar.savov@ymail.com

Pro Se

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITAR SAVOV,<br><br>  Plaintiff,<br><br>  v.<br><br>IMMUNOTECH LABORATORIES, INC.<br><br>  Defendant. | Case No. 2:22-cv-00401-GMN-DJA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Dimitar Slavchev Savov, by and through himself, hereby appeals to the Supreme Court of Nevada from the final judgement and the order granting Defendant's motion to dismiss entered in this action on the 9th day of April, 2024 (District Court's ECF No. 48).

DATED: April 29, 2024

_____
Dimitar Slavchev Savov

## PROOF OF SERVICE

Pursuant to NRAP 25(d), I certify that on April 29, 2024, I caused the following document entitled: **NOTICE OF APPEAL** to be served by email at tasca@ballardspahr.com, prm@patrickmorrislaw.com, colesm@ballardspahr.com, lvdocket@ballardspahr.com to the counsels of record for the Defendant in this action.

I declare under penalty of perjury that the above is true and correct.

DATED: April 29, 2024

/s/   Dimitar Savov
Pro Se