# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-00401-GMN-DJA

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/03/2022

Date of judgment or order you are appealing: 04/09/2024

Docket entry number of judgment or order you are appealing: 48

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dimitar Slavchev Savov

Is this a cross-appeal?  ○ Yes  ● No
If yes, what is the first appeal case number?
Was there a previous appeal in this case?  ○ Yes  ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

61 Nishava str. ent. A, fl. 3, apt. 6

City: Sofia    State: Bulgaria    Zip Code: 1680

Prisoner Inmate or A Number (if applicable):

Signature: [signature]    Date: April 29, 2024

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Dimitar Slavchev Savov

Name(s) of counsel (if any):
Pro Se

Address: 61 Nishava str. ent. A, fl. 3, apt. 6
Telephone number(s): +359 88 99 88 313
Email(s): dimitar.savov@ymail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Immunotech Laboratories, Inc.

Name(s) of counsel (if any):
Pattrick Morris

Address: Morris Legal Corp1441 Broadway3rd FloorNew York, NY 10018
Telephone number(s): 917-621-1110
Email(s): prm@patrickmorrislaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                     *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):
Joel Edward Tasca

Address: Ballard Spahr LLP1980 Festival Plaza DriveSuite 900Las Vegas, NV 89

Telephone number(s): 702-471-7000

Email(s): tasca@ballardspahr.com

Name(s) of party/parties:

Name(s) of counsel (if any):
Madeleine Coles

Address: Ballard Spahr LLP1980 Festival Plaza Dr.Ste 900 Las Vegas, NV 89135

Telephone number(s): 702-379-1157

Email(s): colesm@ballardspahr.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*